**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00290-KLM

DANIEL LESNIEWSKI,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT INC., AND MIDLAND FUNDING LLC,

    Defendant.

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

Pursuant to the offer of judgment served on April 29, 2015 and the acceptance thereof filed May 7, 2015, with proof of service, it is

ORDERED that judgment is hereby entered for Plaintiff, DANIEL LESNIEWSKI and against MIDLAND CREDIT MANAGEMENT INC., and MIDLAND FUNDING LLC in the amount of $1,001, plus Plaintiff's reasonable attorneys' fees and costs as agreed to by the parties or as determined by the court. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of <u>0.25%</u> from the date of entry of judgment.

Dated at Denver, Colorado this 8th day of May, 2015.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

                By:    s/M. Ortiz
                          M. Ortiz
                          Deputy Clerk