IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00290-KLM

DANIEL LESNIEWSKI,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., and
MIDLAND FUNDING LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Dismiss With Prejudice** [#17] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#17] is **DENIED without prejudice**. Due to constraints on the jurisdiction of the undersigned as the assigned Magistrate Judge under the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges [#3-1], the undersigned cannot grant the Motion [#17] seeking dismissal of this case. In order to obtain dismissal, the parties may either (1) file a stipulation of dismissal signed by all parties who have appeared, pursuant to the requirements of Fed. R. Civ. P. 41 (a)(1)(A)(ii), or (2) file the Consent Form Pursuant to Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges, *see* [#3-1] at 8-9, indicating that all parties consent to have a United States Magistrate Judge conduct all proceedings in this civil action, including trial, and to enter a final judgment. Plaintiff may filed a renewed Unopposed Motion to Dismiss With Prejudice if the parties choose to follow (2) above. If all parties do not consent, the case will be drawn to a District Judge.

    Dated: July 20, 2015